# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TERRANCE ALFONZO DUDLEY,

        Plaintiff,

v.

EDDIE MILES, TOM ROY, PAIGE LEMAY, JOSEPH LANGEVIN, ADAM LYNCH, ROSEMARY ANDREWS, JOHN RATCLIFFE, JOHN WING, CRAIG S. OSELAND, RICK RAVEN, LCIE STEVENSON, JO EARHART, SHANNON REIMANN, MATTHEW PETERSON, DAN GRZYWINSKI, MICHELLE HALLMAN, MR. GULLETTE and FRANK BARR,

        Defendants.

Civil No. 13-2737 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation are **ADOPTED**;

    2.    Plaintiff's applications to proceed in forma pauperis, (Docket Nos. 2 and 6), is **DENIED**;

    3.    Plaintiff's motion for appointment of counsel, (Docket No. 12), is **DENIED**;

4. Plaintiff's "motion requesting to proceed on an appeal," (Docket No. 13), is **DENIED WITHOUT PREJUDICE**;

5. Plaintiff's "motion requesting stayed petition," (Docket No. 14), is **DENIED**; and

6. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 10, 2014               s/David S. Doty
                                    DAVID S. DOTY, Judge
                                    United States District Court