# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-2885
_____

Terrance Alfonso Dudley

Plaintiff - Appellant

v.

Eddie Miles; Tom Roy; Paige Lemay; Joseph Langevin; Adam Lynch; Officer Rosemary Andrews; John Ratcliffe; John Wing; Craig S. Oseland; Rick Raven; Lcie Stevenson; Jo Earhart; Shannon Reimann; Matthew Peterson; Dan Grzywinski; Michelle Hallman; Mr. Gullette; Frank Barr, in their individual and official capacities

Defendants - Appellees
_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-cv-02737-DSD)
_____

## JUDGMENT

Before LOKEN, COLLOTON and BENTON, Circuit Judges.

     This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

     After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 17, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans